UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LV CAPE CANAVERAL LLC,

    Plaintiff,

v.                                            Case No. 6:23-cv-1412-RBD-UAM

GREYSTONE REALTY GROUP
INC.; GRAVES LAW OFFICES P.C.;
and SAMUEL B. ZABEK, ESQ,

    Defendants.
_____

## ORDER

The parties settled this case, but Defendant Greystone Realty Group Inc. ("Greystone") failed to comply with the settlement agreement's terms. (*See* Doc. 103.) So the Court reopened the case to enforce the settlement agreement and entered judgment in favor of Plaintiff and against Greystone in the amount of $200,000.00. (Doc. 105.) On Plaintiff's unopposed motion, the Court found that Plaintiff is entitled to attorney's fees and directed Plaintiff to file a supplemental motion as to the amount. (Doc. 117.) Plaintiff did so (Doc. 118), and on referral, U.S. Magistrate Judge David A. Baker entered a Report and Recommendation stating that the Court should amend the judgment to include $37,029.50 of fees and $3,547.16 in costs (Doc. 121 ("R&R")). The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem,*

*Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 121) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's motion (Doc. 118) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter an amended judgment in favor of Plaintiff and against Greystone in the amount of $240,576.66 plus post-judgment interest. The file is to remain closed.

4. Greystone is **ORDERED** to complete a fact information sheet. *See* Fla. R. Civ. P. 1.560(b); Fed. R. Civ. P. 69(a)(1).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 14, 2025.



ROY B. DALTON, JR.
United States District Judge